**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:10-CR-00204-1-JCM-LRL |
| JOSE ALVIDREZ-UBANDA, | ) ) | |
| Defendant. | ) ) | **ORDER** |

Jose Alvidrez-Ubanda has informed counsel that he wishes to file an appeal of the sentence imposed on March 16, 2011. Counsel filed an Emergency Motion to Withdraw as Attorney (doc. 44) due to the appellate waiver contained in the Plea Memorandum as they are now conflicted.

Accordingly, IT IS HEREBY ORDERED that the motion is granted. MARIO VALENCIA, Esq. is APPOINTED as counsel for Jose Alvidrez-Ubanda in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Valencia forthwith.

DATED this 28th day of March, 2011.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE